An official website of the United States government     Here's how you know     Español   ⊕ Multilingual Resources

 U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Case Was Updated To Show Fingerprints Were Taken

As of December 29, 2021, fingerprints relating to your Form I-829, Petition by Investor to Remove Conditions on Permanent Resident Status, Receipt Number WAC2190058166, have been applied to your case. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

**Enter Another Receipt Number** ❓

```
EAC1234567890
```

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE

## Related Tools

### Change of Address



We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the [Change of Address webpage](#) to get started.

Visit Page



## Submit a Case Inquiry

Submit an online inquiry about your case or request other services, such as an

Case 3:24-cv-00432-KDB-SCR　　Document 1-4　　Filed 04/29/24　　Page 2 of 5

accommodation request, or how to correct an error on your notice.

Visit Page



## USCIS Processing Times Information

See an estimate of how much time USCIS is taking to process your application or petition at its offices.

Visit Page

Case 3:24-cv-00432-KDB-SCR   Document 1-4   Filed 04/29/24   Page 3 of 5



## USCIS Office Locations

Find local and international USCIS offices and get directions to the office.

Visit Page

Return to top

Topics                                        Forms                                        Newsroom

**Citizenship**          **Green Card**          **Laws**

**Tools**



## Contact USCIS

 USCIS.gov
An official website of the **U.S. Department of Homeland Security**

## National Terrorism Advisory System

| | |
|---|---|
| [About USCIS](#) | [Privacy and Legal Disclaimers](#) |
| [Accessibility](#) | [Site Map](#) |
| [Budget and Performance](#) | [Office of the Inspector General](#) |
| [DHS Components](#) | [The White House](#) |
| [Freedom of Information Act](#) | [USA.gov](#) |
| [No FEAR Act Data](#) | |